JS-6

GARY W. NEVERS, ESQ., SB#82512
gnevers@npwlaw.com
MICHAEL S. WILDERMUTH, ESQ., SB#143758
mwildermuth@npwlaw.com
JOHN R. BAMFORD, ESQ., SB#229152
jbamford@npwlaw.com
NEVERS, PALAZZO, PACKARD,
WILDERMUTH & WYNNER, PC
31248 Oak Crest Drive, Suite 200
Westlake Village, California 91361
Telephone: (818) 879-9700
Facsimile: (818) 879-9680

Attorneys for HANSON LAB SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSON LAB SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CUSTOMARRAY, INC., a Washington corporation,<br><br>Defendant. | Case No. 2:22-cv-08515-PA-PVC<br><br>Hon. Judge Percy Anderson<br><br>**ORDER ON JOINT STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(A)** |

///
///
///
///
///
///
///
///
///

[PROPOSED] ORDER ON JOINT STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(A)

**ORDER**

Pursuant to the stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED that this action be, and hereby is, dismissed with prejudice in its entirety. Each Party shall bear its own attorneys' fees and costs in connection with this action and no claim for attorneys' fees and/or costs may be made in connection with this action, including, but not limited to, under Federal Rule of Civil Procedure 54.

DATED: February 21, 2023

_____
Percy Anderson
United States District Judge

W:\Working\08843\05\W0541356.DOCX